## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                          CASE NO. 8:05-CR-276-T-17-TGW

HUMBERTO PACHECO-NUNEZ
_____/

### ORDER

This cause comes before the Court on the defendant's appeal of denial of motion for reconsideration of bond (Docket No. 43), response thereto (Docket No. 57), and transcript of detention hearing (Docket No. 55). The Court finds the orders of the magistrate judge denying bond and the government's response to the appeal persuasive and incorporates them by reference. The Court finds that the magistrate judge correctly denied bond in this case. Accordingly, it is

**ORDERED** that the appeal (Docket No. 43) be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 20th day of September, 2005.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record